IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40359
Conference Calendar
_____

RICHARD M. ANCIRA,

                                        Petitioner-Appellant,

versus

JANET RENO, Attorney General U.S. Dep't of Justice;
ERNEST CHANDLER, Warden Bureau of Prisons,

                                        Respondents-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:00-cv-119
--------------------
August 24, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

PER CURIAM:[*]

    Richard M. Ancira appeals the denial of his petition filed pursuant to 28 U.S.C. § 2241. Ancira fails to demonstrate that § 2241 is the proper vehicle for his sentencing claim. Cox v. Warden, Fed. Detention Ctr., 911 F.2d 1111, 1113 (5th Cir. 1990). The judgment of the district court is AFFIRMED. Ancira's motion to file a supplemental brief is DENIED.

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.